60,852-08

From: Charles Bunton
Allred Unit #1143771
2101 FM 369 North
Iowa Park, TX 76367

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAY 26 2015

Abel Acosta, Clerk

May 20, 2015

To: Clerk
Court of Criminal Appeals of Texas
P.O. BOX 12308, Capitol Station
Austin, TX 78711

Dear Clerk:

The 3rd C.O.A at Austin, Texas wrongfully affirmed my conviction back in 2004. I am continuing to write because this Court has the power and authority to render the 3rd COA's judgment as void. The jury convicted me for a 3rd Degree Felony and the 3rd C.O.A. affirmed a state jail felony conviction. The Court of appeals lacked subject-matter jurisdiction to adjudicate a state jail felony conviction, when I stood convicted for a 3rd Degree Felony. I cannot express how ashamed I am, not only for putting myself in this prison but I am even more ashamed of this Court's lack of concern with seeing that justice is done in my case. The C.O.A.'s Judgment should have been vacated long ago and a new appeal afforded to me —but instead, my pleas to this Court have been ignored thus far.

Sincerely,
C. Bunton — complainant/wrongfully Convicted Black Man in Texas.